**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-02439-RMR-NRN

JOSEPH and SERENA WAILES, et al.,

Plaintiffs,

v.

JEFFERSON COUNTY PUBLIC SCHOOLS, et al.,

Defendants.

---

**APPENDIX IN SUPPORT OF PLAINTIFFS' RENEWED
MOTION FOR PRELIMINARY INJUNCTION**

---

|   | EXHIBIT | BATES NUMBER |
|---|---------|--------------|
| 1 | Declaration of Annette Brinkman | 1–6 |
| 2 | Declaration of Joseph Wailes | 7–9 |
| 3 | Declaration of Mallory Sleight | 10–11 |
| 4 | BOE email re former overnight accommodations protocol* | 12–15 |
| 5 | Brinkman email re accommodations* | 16–17 |
| 6 | Outdoor Lab FAQs | 18 |
| 7 | Outdoor Lab Accommodations | 19 |
| 8 | Perlman email re accommodations* | 20–21 |
| 9 | Response to Perlman email re accommodations* | 22–24 |

*Redacted to remove personal and student identifying information

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-02439-RMR-NRN

JOSEPH and SERENA WAILES, et al.,

Plaintiffs,

v.

JEFFERSON COUNTY PUBLIC
SCHOOLS, et al.,

Defendants.

---

**Declaration of Annette Brinkman**

---

I, Annette Brinkman, under penalty of perjury, declare as follows:

1. I am over the age of eighteen and a resident of Jefferson County, Colorado. I am competent to testify and make this declaration based on personal knowledge of the information below.

2. My daughter, A.G.B., attended Outdoor Lab on January 28–31, 2025.

3. Prior to the trip, I asked at least eight times for an accommodation for my daughter that would allow her full and equal participation in Outdoor Lab. For example, I emailed the Jeffco Board of Education, the main Outdoor Lab email account, Superintendent Wes Paxton, and the Principal of the Windy Peak

Outdoor Lab campus, Jeremy Brasher, requesting an accommodation. No one responded to these four initial emails.

4. I then met with my daughter's principal and asked him for an accommodation—that my daughter be roomed with only students, counselors, and interns of the same sex. He said he could not provide that accommodation as it was a district level policy to room by gender identity.

5. I also emailed Jeffco Chief Legal Counsel Julie Tolleson to request the same accommodation. She did not address my specific request and only stated that my daughter could attend as a day student.

6. It is not an accommodation for my daughter to miss the trip or attend as a day student only. One of the parts of Outdoor Lab my daughter was most excited about was staying in a cabin with her peers. We were informed by Jeffco that the purpose of Outdoor Lab is not just the daily curriculum but an opportunity for children to begin learning independence. Attending only as a day student would force my daughter to miss this critical aspect of the experience.

7. Next, I sent another email to Superintendent Paxton, Principal Brasher, and the Jeffco teacher leading Outdoor Lab from my daughter's school again requesting that our daughter only be roomed with students, counselors, and interns of the same sex. This time Superintendent Paxton responded and said the only option was for my daughter to attend as a day student.

8. On December 9, 2024, I again emailed an accommodation request. A true and correct copy of the email I sent is produced at Movant's Appx. 16–17.

9.  Dan and I then had a follow-up call with the principal of our daughter's middle school.

10. We repeated our request for assurances that our daughter would not be roomed with a student, intern, or counselor of the opposite sex. We specified that we wanted an accommodation that would allow our daughter to attend all of Outdoor Lab including staying overnight, so she could participate fully like all the other children.

11. The principal said that he could not guarantee that the high school leaders would not be of the opposite sex, but from his knowledge, they were not.

12. But when it came to the interns, who are approximately eighteen to twenty-year-old adult Jeffco employees, the principal said the district would not guarantee that they would be of the same sex as our daughter.

13. The only option the principal gave us was to drive four hours a day to drop off our daughter each morning and pick her up each evening.

14. We first expressed that this would penalize our daughter by making her miss out on the most important part of the experience, staying independently overnight. We also explained that was not a viable option as we did not feel it was safe to drive through the mountains, likely on icy roads, in the dark for that many hours a day in January. And we were concerned that A.G.B. would not get enough sleep to sustain her during long days outdoors.

15. We then spoke with the Principal Brasher of the Outdoor Lab Windy Peak campus.

16. He said the district would not guarantee the interns would be the same sex as our daughter due to privacy concerns for Jeffco employees.

17. He kept repeating what a great experience Outdoor Lab was, and it felt like he was pressuring us to let our daughter attend without Jeffco's assurance that she wouldn't be roomed with someone of the opposite sex.

18. He even recommended that we let A.G.B. ride the bus to campus and, if she was comfortable, let her stay. But his comments and Jeffco's unwillingness to give us the assurance we needed only increased the pressure on us as parents to abandon our religious and privacy concerns and let her stay overnight knowing that Jeffco could assign her to a cabin with a counselor or student of the opposite sex and not tell us until she came home four days later.

19. The district's policy ensures no transgender child can be forced to room with a student whose gender identity conflicts with their own, but they would not ensure that my child wouldn't be roomed with a student or intern of the opposite sex.

20. To give our daughter the best experience possible, we had no choice but to rent an Airbnb near the Outdoor Lab campus. I also had to take two days off work and arranged for childcare for our toddler so I could stay in the mountains with A.G.B.

21. Even staying close to the Outdoor Lab campus, it was still around forty minutes of driving each day to take A.G.B. to the campus and pick her up.

22. Aside from the significant inconvenience and additional expenses we had to incur, A.G.B. missed out on half the experience, and one of the parts she was most excited about. She did not get to sleep away from her parents and gain the independence that Outdoor Lab was created to teach. And she was stigmatized

by not getting to spend the night like the other children. She was made even more uncomfortable when other children asked her why she was leaving each night.

## DECLARATION UNDER PENALTY OF PERJURY

I, Annette Brinkman, a citizen of the United States and a resident of the State of Colorado, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed February 6, 2025, in Jefferson County, Colorado.

Annette Brinkman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-02439-RMR-NRN

JOSEPH and SERENA WAILES, et al.,

Plaintiffs,

v.

JEFFERSON COUNTY PUBLIC
SCHOOLS, et al.,

Defendants.

---

**Declaration of Joseph Wailes**

---

I, Joseph Wailes, under penalty of perjury, declare as follows:

1. I am over the age of eighteen and a resident of Jefferson County, Colorado. I am competent to testify and make this declaration based on personal knowledge of the information below.

2. I am currently scheduled to attend the June Jeffco trip to Washington D.C., Philadelphia, and New York City with our twins, B.W. and G.W.

3. We made our first accommodation request over a year ago when we sent a letter to Jeffco through counsel in December 2023. We then sent a second letter in January 2024.

4. In both letters we asked for Jeffco to be transparent with parents that their policy is to room by gender identity and to provide an accommodation for parents who only want their children to room with same sex roommates due to religious or privacy concerns.

5. Despite multiple requests, so far Jeffco has refused to provide the accommodation we have requested: assurances that our twins will not be roomed with a student of the opposite sex as our daughter was.

6. In the last year, as Jeffco refused our accommodation requests and those of other families making similar requests, we have had to make monthly payments for the upcoming trip, totaling thousands of dollars. We have four more monthly payments to make.

7. We learned how the Brinkmans were treated when they followed Jeffco's instruction to contact the trip leader. They spent months sending emails and making phone calls, only to have their daughter not accommodated overnight but punished because she had to miss out on staying with her peers.

8. We want our twins to experience staying in a room with their peers because one of the main goals of the trip is for them to learn independence by staying overnight with their peers and not their parents. We want them to participate fully in the trip and on an equal basis with their peers.

9. Right now, we are being harmed by the policy as the payments continue and planning ramps up for the trip. We feel pressure to abandon our religious and privacy concerns and allow our children to attend. But we cannot give up our religious beliefs or surrender our children's privacy.

## DECLARATION UNDER PENALTY OF PERJURY

I, Joseph Wailes, a citizen of the United States and a resident of the State of

Colorado, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the

foregoing is true and correct to the best of my knowledge.


Executed February 6, 2025, in Jefferson County, Colorado.


_____
Joseph Wailes

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:24-cv-02439-RMR-NRN

JOSEPH and SERENA WAILES, et al.,

Plaintiffs,

v.

JEFFERSON COUNTY PUBLIC
SCHOOLS, et al.,

Defendants.

---

**Declaration of Mallory Sleight**

---

I, Mallory Sleight, under penalty of perjury, declare as follows:

1. I am over the age of eighteen and a resident of Berkeley County, South Carolina. I am competent to testify and make this declaration based on personal knowledge of the information below.

2. On February 7, 2025, I accessed the website https://go.boarddocs.com/co/jeffco/Board.nsf/files/BQXR586C464D/.

3. While reading various publicly available documents on the webpage, I found some previously released emails that I downloaded. A true and correct copy of the downloaded document is produced at Movant's Appx. 12–15.

## DECLARATION UNDER PENALTY OF PERJURY

I, Mallory Sleight, a citizen of the United States and a resident of the State of

South Carolina, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746

that the foregoing is true and correct to the best of my knowledge.

Executed February 6, 2024, in Berkeley County, South Carolina.

_____
Mallory Sleight

**From:** [Jeffco Public Schools Board of Education](#)
**To:** ████████████
**Subject:** RE: Transgender Student Rights in regards to overnight trips, c-20-110*
**Date:** Friday, June 26, 2020 10:30:00 AM

Dear ████████████
Members of the Board of Education received your March 4 email correspondence regarding transgender student travel. Thank you for writing to the Board on this matter and I apologize for the delay in my response to you.

At the time I received your email, I reached out to both the district's legal counsel and Ms. Haven's supervisor about this issue. They have informed me that our policy and protocols do not force any transgender student to out themselves, and to the contrary, protects the rights of our transgender students. As noted in several publications and in public comment by members of our transgender community, Jeffco's policy of supporting our transgender students is one of the most supportive and comprehensive policy currently being used by school districts.

Also this past spring (before Covid-19 became our reality), district leaders discussed the overnight trip protocols with members of the Gill Foundation, who along with other LGBTQ+ community partners, support our current protocols. Additionally, it has been shared that our chief legal counsel and other district leaders conversed with members of the ACLU in both the Denver and Washington DC offices. In both conversations, the district revised its protocols aligned with ACLU advice, though not to the extent that you are requesting.

As an ████████████ I realize that your child will not be returning to ████████ ████████ next year and that they ended their ████████████ as all other Jeffco students – remotely – likely missing their band trip (unless it happened before March 13), so I wish them the best as they expand their world into high school.

Sincerely,
Stephanie Schooley
Secretary, Jeffco Public Schools Board of Education
c-20-110*

---

**From:** ████████████████████
**Sent:** Wednesday, March 4, 2020 1:26 PM
**To:** Harmon Susan ████████████████; Rupert Charles
████████████████████████; Mitchell Ron ████████████████████; Schooley
Stephanie ████████████████████; Miller Susan ████████████████████

Jeffco Public Schools Board of Education ████████████████
**Subject:** Transgender Student Rights in regards to overnight trips

School board members,
I'm writing to you with a request for change, ███████████████████████



In case you are not familiar with the policy, I have included it below along with the official "protocol" I was given by Jessica Havens last year. I have also included the proposed language from the ACLU that district lawyer Craig Hess said that he could incorporate. Thank you for your time in this matter.

**Overnight Activity and Athletic Trips**

In the planning of sleeping arrangements during overnight activity and athletic trips, the needs of students who are transgender shall be assessed on a case-by-case basis with the goals of maximizing the student's social integration, providing equal opportunity to participate in overnight activity and athletic trips, ensuring the student's safety and comfort, and minimizing stigmatization of the student. In most cases, students who are transgender should be assigned to share overnight accommodations with other students that share the student's gender identity consistently asserted at school. Any student who is transgender or not, who has a need or desire for increased privacy, regardless of the underlying reason, should be provided with a reasonable accommodation, which may include a private room. Any alternative arrangement should be provided in a way that allows the student's transgender status to be kept confidential. Under no circumstance shall a student who is transgender be required to share a room with students whose gender identity conflicts with their own.

**Protocol:**
*In this protocol, we are using the term "transgender" to represent both transgender and gender expansive students.*

- Talk with the student to find out which of their classmates might be good roommates and are aware that they are transgender.
- Request permission from the student who is transgender and their parent/guardian for the school administrator/designee to contact the parent/guardian of the prospective roommates with the purpose of obtaining

their permission for the students to room together.

- If the family of the transgender student does not consent to the school contacting the parent/guardian of the prospective roommate(s), offer the transgender student the option of staying in a private room (this offer must be made available to all students going on the field trip. This will decrease the potential stigma associated with a private room. The cost can be passed on to the students who elect this option, ==however, we recommend if possible sharing the cost across all field trip participants or the school paying this additional fee==).
- If the family of the transgender student provides permission for disclosure, contact the parents/guardians of prospective roommates and document their responses.

    - If the families of the prospective students provide permission, follow your documented field trip protocols
    - If there are families who do not allow the rooming situation, adjust accordingly

**Remember:**

- Transgender students shall be allowed to room with peers that match their gender identity and both persons or parties should feel comfortable.
- Prevent students from being marginalized due to alternative arrangements.
- Schools have obligation to maintain student's privacy and can not disclose or require disclosure of student's transgender status to others if there is not permission.
- Each situation must be reviewed, addressed, and customized based on the particular circumstances of the student and potential overnight facilities.

Proposed policy language from the ACLU:

**Proposed Protocol**

Students must be permitted to participate in all school activities, including overnight field trips, in accordance with their gender identity consistently asserted at school. Transgender students may identify classmates who might be good roommates or who know they are transgender, but no transgender student can be required to disclose private information about their transgender identity to other students or parents in order to be housed with their peers. Under no circumstance should a transgender student be required to share a room with students whose gender identity conflicts with their own.

If any student expresses discomfort about sharing a room or requests private accommodations for any reason, schools should address those requests on a case-by-case basis and offer the option of a single room where possible to any student who requests one.

But no student can be required to stay in a separate room because they are transgender.



**From:** annette brinkman <███████████████████████>
**Subject: Outdoor lab for ████████Brinkman**
**Date:** December 9, 2024 at 7:53:05 PM MST
**To:** Josh Shapiro ███████████████████
Chris.Davis@████████████████    Emilie.McDonough@████████████████

Hello!

████████has been very excited to attend Outdoor lab this year.

As we prepare for the trip, Dan and I want to inform you of a decision we are saddened by but feel we've been forced to make regarding Outdoor Lab for ██████ The county rooming policy (specifically JB-R2) violates our religious beliefs, and, unfortunately, the district will not allow us to opt out of this part of the policy or give us any assurances about the other students, counselors, and interns who would be rooming with ██████ We were hoping the district would accommodate our beliefs in a way that would allow ████████to participate fully in Outdoor Lab, but since they will not, we are left with no choice but to pick her up each night and drop her off each morning.

We do maintain our request that she be placed in a cabin with only female students, counselors, and interns. I know rooming arrangements are being made soon. So as that is done, if you can give us assurances that she will be in a female-only cabin, then we do want ████████to participate fully in Outdoor Lab, including staying overnight. However, absent that assurance, we cannot send her overnight and must have her participate only as a day student.

Since this is the decision we must make, I wanted to contact you quickly because I know you are placing kids into cabins soon. I realize there are a number of logistics for us to work out as well. Here are a couple questions regarding all that:

1.    ████████and ████████████████were going to select each other to be bunk mates. We learned that JeffCo would not assure us that our daughter would be roomed with only female students and counselors and made our decision not to have her stay overnight at Windy Peak between ████████'s picking ████████and ████████'s turn to pick. ████████was concerned her friend would be alone so we informed ████████of our decision right away so she could pick another student. However, we would appreciate it if ████████could be placed in ████████'s cabin for daytime purposes, as we are under the impression that most of the activities throughout the day are done by cabin.
2.    It is not feasible to drive four hours a day to pick her up and drop her off, so we have to rent an Airbnb nearby. We'd like to discuss the timing/logistics of picking her up and dropping her off each day, as well as any other challenges you may see with our decision, such as needing ID/verification of who we are when we pick her up, etc.

I know preparing for Outdoor Lab is a big undertaking, and we appreciate it. Thank you to all of you

who are taking extra time to make it happen.

Thank you for your assistance,

Dan and Annette Brinkman



HOME / ABOUT / FREQUENTLY ASKED QUESTIONS

# Frequently Asked Questions

About Outdoor Lab Schools

**Does Outdoor Lab have knowledge if a student is transgender, gender expansive or gender non-conforming? Why is there a boy with my daughter at Outdoor Lab or overnight trip (or vice versa)?**

Not usually. Students are not required to tell our program if they identify as transgender. Outdoor Lab will only know if a student is transgender or gender non-conforming if the student or the student's caregiver provides that information, which is kept confidential.

In accordance with Colorado law and **District Policy JB-R,** ⧉ in most cases, students who are transgender should be assigned to share overnight accommodations with other students that share the student's gender identity consistently asserted at school. For example, a transgender student who identifies as male would be provided accommodations with other male students.

**Is it possible for my student to arrange alternative accommodations if they or I have concerns with overnight lodging for my student?**

Cabins are considered semi-private spaces that are safe and appropriate for the students and staff who reside there. Interns and high school leaders are trained to alert staff to any situations where students are not meeting behavioral or safety expectations.

Any student, regardless of gender identity, who has a need or desire for increased privacy, should be provided with reasonable accommodation, if a safety concern arises.

**What should I do if I am uncomfortable with my student staying in the cabin during their time at Outdoor Lab?**

Consider exploring the reasons behind your discomfort. Is it related to safety concerns, health issues, or other personal reasons? Please contact your building principal and/or the Outdoor Lab principal should you have specific concerns you'd like to talk through. Remember, families have the ultimate choice whether their student participates in the unique programming offered through Outdoor Lab.

## ACCOMODATIONS

- **ALL** Jeffco 6th graders are invited to attend

- Accommodations for most student needs can be met.

- Onsite Support Staff

- Teacher/Home School Support

- Plan ahead with school nurse for specific medical or dietary concerns.







From: ROB PERLMAN
To: "Michele.DeAndrea-Austin@█████████████████ ████████████
█████████████████, Lindsey Cole ████████████████████████████, Jade
personal <███████████████████>
Date: 11/03/2024 6:47 PM MST
Subject: ████████Perlman Outdoor Lab

Good evening,

Tuesday November 5th, our son, ████████Perlman, will leave for Outdoor
Lab. For religious and privacy reasons, we want to ensure that our son
does not share a bed, bunkhouse, or shower facility with a student of the
opposite sex during his time away at Outdoor Lab. So we are renewing
our request that he not be required to do so. Please let us know if you can
provide him with an accommodation at Outdoor Lab that will allow him to
stay and fully participate in Outdoor Lab programming to the same extent
as his classmates.

We have heard that some students do not participate in Outdoor Lab and
instead receive an alternative curriculum. We have also heard that it may
be an option for a student to participate in Outdoor Lab only during the
day, and not stay at night. However, we want our son to have the full
experience of staying at Outdoor Lab with his classmates. He wants that,
too. We also do not want him to suffer the harm of being excluded from
the overnight experience (or entire Outdoor Lab program) based on ours
(and his) religious and privacy interests. Practically speaking, we cannot
make the two-hour trek back and forth to Outdoor Lab every morning and
every night for day-only participation, and even if we could, that would only
allow him to participate in a portion of Outdoor Lab.

Because Outdoor Lab starts on Tuesday, we request a phone call or
meeting tomorrow, Monday November 4th to discuss our request for an
accommodation. If a call or meeting is not possible, then please respond
to this email to let us know, by the end of the school day Monday, whether
you can give us assurances that our son will not be roomed in a
bunkhouse with a student of the opposite sex. If you cannot give us that
assurance, please tell us every accommodation available to us to allow

our son the opportunity to stay at and fully participate in Outdoor Lab. If
we do not hear from you by the end of the day Monday, we will assume
you will not be giving us the assurances we request or otherwise providing
our son an accommodation at Outdoor Lab.
Regards,
Rob and Jade Perlman

Rob Perlman
Cell: ███████████

Jade Perlman

███████████



**From:** DeAndrea-Austin Michele ███████████████████████
**Date:** November 4, 2024 at 3:14:30 PM MST
**To:** rob██████████████ Lindsey Cole ██████████████
jadeperlman ████████████
**Cc:** Torr Lynn ████████████████████
**Subject:** RE: [EXTERNAL] ██████ Perlman Outdoor Lab

Dear Mr. & Mrs. Perlman,

Thanks for your email. I appreciate that you have been honest with me about your concerns.

There are a few clarifications I would like to address. First, many of your concerns are addressed by how students participate in Outdoor Lab. No one shares a bed at Outdoor Lab. Bed-sharing is not allowed at Outdoor Lab, and it never has been. Only the student assigned to the single-occupancy bed is allowed to be on that bed. Also, bathroom and shower facilities are all *single occupancy* and have showers or doors for privacy, and the bunkhouses also have private changing spaces.

While the actual set-up at Outdoor Lab has taken into account all students' right to privacy, there are other factors at play with your request. Aside from the District policies (JB-R2) ensuring that all students have the opportunity to fully participate in Outdoor Lab, we do not actually know, and therefore cannot tell you, whether ████████ will be assigned to a bunkhouse with a student assigned at birth to the opposite sex. This is because *Jeffco* does not even know the sex assigned at birth of all its students; students may be transgender and have had their legal gender changed without the District knowing.

We want ██████(and all his classmates) to participate in Outdoor Lab! If you are uncomfortable with ██████staying in the Outdoor Lab bunkhouses, ██████is welcome to attend as a day student, as we've had many students do. You would bring him to and from campus each day, but you could do so as early or late in the day as you'd like to maximize his time there. We regularly have students attend only during the days and still benefit from the Outdoor Lab experience. If making plans for transportation by tomorrow feels too rushed, ██████could attend Outdoor Lab another week this year (the other half of ████students are attending the week of Nov. 11, or he could attend with another school). ██████is not required to attend Outdoor Lab, so if you choose to keep him home, he can come to school this week and work on an alternate curriculum; or, you can keep him home and we will provide him with the curriculum to do there. Several of ███████████

██████ opt out of Outdoor Lab every year, which includes this year, and these are the arrangements we make with them.

I'd be happy to talk to you, or to connect you with the Outdoor Lab principal, for ██████ s trip to Windy Peak. Additionally, because of the litigation surrounding this issue, I would like our counsel to join us for any conversations regarding this matter.  Please let me know how you would like to proceed. Take care.


*Truly,*
*Michele DeAndrea-Austin, M.A.*
*Principal*
██████████████████

**From:** ROB PERLMAN ████████████████████
**Sent:** Sunday, November 3, 2024 6:47 PM
**To:** DeAndrea-Austin Michele ███████████████████████; Lindsey Cole ████████████████████; jadeperlman ████████████████
**Subject:** [EXTERNAL] ██████ Perlman Ou

Good evening,

Tuesday November 5th, our son, ██████ Perlman, will leave for Outdoor Lab. For religious and privacy reasons, we want to ensure that our son does not share a bed, bunkhouse, or shower facility with a student of the opposite sex during his time away at Outdoor Lab. So we are renewing our request that he not be required to do so. Please let us know if you can provide him with an accommodation at Outdoor Lab that will allow him to stay and fully participate in Outdoor Lab programming to the same extent as his classmates.

We have heard that some students do not participate in Outdoor Lab and instead receive an alternative curriculum. We have also heard that it may be an option for a student to participate in Outdoor Lab only during the day, and not stay at night. However, we want our son to have the full experience of staying at Outdoor Lab with his classmates. He wants that, too. We also do not want him to suffer the harm of being excluded from the overnight experience (or entire Outdoor Lab program) based on ours (and his) religious and privacy interests. Practically speaking, we cannot make the two-hour trek back and forth to Outdoor Lab every morning and every night for day-only participation, and even if we could, that would only allow him to participate in a portion of Outdoor Lab.

Because Outdoor Lab starts on Tuesday, we request a phone call or meeting tomorrow, Monday November 4th to discuss our request for an accommodation. If a call or meeting is not possible, then please respond to this email to let us know, by the end of the school day Monday, whether you can give us assurances that our son will not be roomed in a bunkhouse with a student of the opposite sex. If you cannot give us that assurance, please tell us every accommodation available to us to allow our son the opportunity to stay at and fully participate in Outdoor Lab. If we do not hear from you by the end of the day Monday, we will assume you will not be giving us the assurances we request or otherwise providing our son an accommodation at Outdoor Lab.

Regards,

**Movant's Appx., p. 23**

Rob and Jade Perlman


Rob Perlman
Cell: █████████████

Jade Perlman

█████████████

> **CAUTION:** This email originated outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
> From: rob ███████████████████

**Movant's Appx., p. 24**